FILED
MISSOULA, MT
2007 JAN 26 AM 11 38
PATRICK E. DUFFY
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | | |
|---|---|---|
| BRENT MATTHEW BROWN, | ) | CV 05-38-M-DWM-JCL |
| Petitioner, | ) | |
| vs. | ) | ORDER |
| MIKE MAHONEY, | ) | |
| Respondent. | ) | |

On April 17, 2006, United States Magistrate Judge Leif B. Erickson ordered the Petitioner to file a brief showing cause and prejudice, or in the alternative, a fundamental miscarriage of justice excusing the procedural default of his claims. Petitioner did not respond to the Court's order and on October 23, 2006, United States Magistrate Judge Jeremiah C. Lynch gave the Petitioner ten days to appear and show cause why his failure to prosecute should not result in dismissal of the Petition. Petitioner has not responded.

Judge Lynch entered Findings and Recommendations on December

-1-

22, 2006, in which he recommends dismissal of the Complaint for failure to prosecute under Fed. R. Civ. P. 41(b). Petitioner did not timely object and so has waived the right to de novo review of the record. 28 U.S.C. § 636(b)(1). This Court will review the Findings and Recommendation for clear error. McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." United States v. Syrax, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Lynch weighed the five factors to be considered in deciding whether to dismiss for failure to prosecute, as set out in Pagtalunan v. Galaza, 291 F.3d 639, 642 (9th Cir. 2002). Judge Lynch found that the interest in expeditious resolution of cases, the Court's need to manage its docket, the prejudice to the Defendants and the availability of less drastic options all favor dismissal, while only the preference for resolution of cases on the merits does not. On this basis Judge Lynch recommended that the case be dismissed for failure to prosecute. I can find no clear error with Judge Lynch's recommendation and therefore adopt it in full.

Accordingly, IT IS HEREBY ORDERED that the Petition is DISMISSED for failure to prosecute under Fed. R. Civ. P. 41(b).

DATED this 26 day of January, 2007.

Donald W. Molloy, Chief Judge
United States District Court